**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **CHERYL MITCHELL** | : | **DOCKET NO. 1:22-CV-3833** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **STATE FARM FIRE & CASUALTY CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 31], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that defendants' motion for summary judgment [doc. 13] is **GRANTED** and that this matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 3rd day of January, 2024.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE